038605                                06656  0125

Loan No: 7305-0558                                                      Data ID: 956
Borrower: MIRIELLE EDWARDS

Return to: EXPANDED MORTGAGE CREDIT
ATTENTION: POST CLOSING
2350 NORTH BELT EAST STE 850
HOUSTON, TX 77032

—————————————— [Space Above This Line For Recording Data] ——————————————

# OPEN-END MORTGAGE DEED

MIN: 100056400730505586

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated October 27, 2005, together with all Riders to this document.

(B) "Borrower" is MIRIELLE EDWARDS A/K/A MIREILLE EDWARDS, A MARRIED WOMAN. Borrower is the mortgagor under this Security Instrument.

(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(D) "Lender" is HOME LOAN CORPORATION DBA EXPANDED MORTGAGE CREDIT. Lender is A CORPORATION organized and existing under the laws of the State of CONNECTICUT. Lender's address is 2350 NORTH BELT EAST STE 850    HOUSTON, TX 77032.

(E) "Note" means the promissory note signed by Borrower and dated October 27, 2005. The Note states that Borrower owes Lender TWO HUNDRED TWENTY-EIGHT THOUSAND EIGHT HUNDRED and NO/100-----Dollars (U.S. $ 228,800.00) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than November 1, 2035.

(F) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

| ☒ Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Planned Unit Development Rider | |
| ☐ 1-4 Family Rider | ☐ Biweekly Payment Rider | |
| ☐ Other(s) [specify] | | |

(I) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(J) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

---

CONNECTICUT - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Modified by Middleberg, Riddle & Gianna                    Form 3007    1/01    (Page 1 of 11 Pages)

06556   0135

Loan No: 7305-0558                                                                                                   Data ID: 956

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Signed, sealed and delivered in the presence of:

..................................... Witness        ..................................... Witness
LINDA L. BAXTER                                       Frank J. MacPhail

                                                      ..................................... (Seal)
                                                      MIRIELLE EDWARDS  —Borrower

──────────────── [Space Below This Line For Acknowledgment] ────────────────

State of CONNECTICUT        §
County of FAIRFIELD         §

The foregoing instrument was acknowledged before me on this _____ day of October, 20__, by
MIRIELLE EDWARDS

                                                      .....................................
                                                      Notary Public

                                                      Frank J. MacPhail
                                                      Commissioner Of The Superior Court
                                                                     (Printed Name)

My commission expires: _____

CONNECTICUT - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Modified by Middleberg, Riddle & Gianna            Form 3007    1/01    (Page 11 of 11 Pages)

06656  0138

Loan No: 7305-0558                                                                 Data ID: 956

The Note Holder will then determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the Maturity Date at my new interest rate in substantially equal payments. The result of this calculation will be the new amount of my monthly payment.

(D) Limits on Interest Rate Changes

The interest rate I am required to pay at the first Change Date will not be greater than 9.9000 % or less than 6.9000 %. Thereafter, my interest rate will never be increased or decreased on any single Change Date by more than ONE and ONE/HALF percentage points (1.50 %) from the rate of interest I have been paying for the preceding 6 months. My interest rate will never be greater than 13.9000 % or less than 6.9000 %.

(E) Effective Date of Changes

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

(F) Notice of Changes

The Note Holder will deliver or mail to me a notice of any changes in my interest rate and the amount of my monthly payment before the effective date of any change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Adjustable Rate Rider.

_Mirielle Edwards_ (Seal)
MIRIELLE EDWARDS —Borrower

MULTISTATE ADJUSTABLE RATE RIDER-LIBOR SIX-MONTH INDEX (AS PUBLISHED IN THE WALL STREET JOURNAL)-
Single Family-Fannie Mae UNIFORM INSTRUMENT
Modified by Middleberg, Riddle & Gianna                    Form 3138  1/01    (Page 2 of 2 Pages)

BRIDGEPORT, CONN.
LAND RECORDS
REC'D FOR RECORD FILING
ON 10-28-05 AT 2:36 PM
ATTEST: _____
HECTOR DIAZ, TOWN CLERK